Order issued November 28, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

## No. 05-12-00006-CR

---

### JOSE SEVERIANO VASQUEZ-ACOSTA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

# O R D E R

---

Before Justices Bridges, O'Neill, and Murphy

Based on the Court's opinion of this date, we **GRANT** the July 21, 2012 motion of Kathleen A. Walsh for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Kathleen A. Walsh as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Jose Severiano Vasquez-Acosta, No. 1758558, Coffield Unit, 2661 F.M. 2054, Tennessee Colony, Texas, 75884.

MARY MURPHY
JUSTICE